UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LORI CHAVEZ-DEREMER,<br>Secretary of Labor, United States<br>Department of Labor,[1]<br><br>        Plaintiff,<br><br>v.<br><br>CRAFTSMAN INDEPENDENT UNION,<br>a labor organization,<br>CRAFTSMAN INTERNATIONAL<br>UNION,<br>a labor organization,<br>FRED KELLEY, an individual,<br>WILLIAM KITCHEN, an individual,<br>RANDY KITCHEN, an individual,<br>NELSON FIEDLER, an individual,<br>JERRY MILLER, an individual,<br>TERRENCE KELLEY, an individual,<br>JERRY DEWROCK, an individual,<br>EDWARD DOWNS, JR., an individual,<br>CRAFTSMAN INDEPENDENT UNION<br>LOCAL #1 TRAINING FUND,<br>an employee benefit plan,<br>and CRAFTSMAN INDEPENDENT<br>UNION LOCAL #1 HEALTH,<br>WELFARE AND HOSPITALIZATION<br>FUND,<br>an employee benefit plan,<br><br>        Defendants. | Case No. 1:11 CV 87 CDP |

---

[1] On March 11, 2025, Lori Chavez-DeRemer became the U.S. Secretary of Labor.  She is substituted for the former Secretary as plaintiff in this action.  *See* Fed. R. Civ. P. 25(d).

## **MEMORANDUM AND ORDER OF DISCHARGE**

Receivership Management, Inc. (RMI), the court-appointed independent fiduciary of defendant Craftsman Independent Union Local #1 Health, Welfare and Hospitalization Fund (the Health & Welfare Plan), moves this Court: (1) for discharge and release from its duties as court-appointed independent fiduciary in this action with respect to the Health & Welfare Plan, the Craftsman Independent Union Health, Welfare, and Hospitalization Fund (the Trust), and any other plans or trusts involved in this action; and (2) in connection with the Trust's termination and independent fiduciary's discharge and release, for permission to destroy all extant records of the Plan and/or the Trust and any other plans or trusts involved in this action, pursuant to 29 U.S.C. § 1132(a)(3). No opposition to RMI's motion was filed, and the time to do so has passed.

Upon consideration of the history of this action and RMI's role as independent fiduciary (*see generally* ECF 36, Memo. & Ord. of Reformation, filed Oct. 22, 2021); the representations made in RMI's motion, memorandum, and declaration of its president; and the lack of opposition to the motion, I will grant the motion for discharge and release RMI from its duties as independent fiduciary in this action and, further, will permit the destruction of the described records as requested.

Accordingly, pursuant to ERISA Section 502(a)(3), 29 U.S.C. § 1132(a)(3),

**IT IS HEREBY ORDERED** that Receivership Management, Inc.'s Motion to Discharge the Independent Fiduciary of the Craftsman Independent Union Health, Welfare and Hospitalization Fund [41] is **GRANTED.**

**IT IS FURTHER ORDERED** that Receivership Management, Inc., is discharged and released from its duties as court-appointed independent fiduciary in this action with respect to the Craftsman Independent Union Local #1 Health, Welfare and Hospitalization Fund (the Health & Welfare Plan); the Craftsman Independent Union Health, Welfare, and Hospitalization Fund (the Trust); and any other plans or trusts involved in this action.

**IT IS FURTHER ORDERED** that, in connection with the Trust's termination and independent fiduciary's discharge and release, Receivership Management, Inc., is permitted to destroy all extant records of the Plan and/or the Trust and any other plans or trusts involved in this action.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of February, 2026.